UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In the Matter of the Arbitration between<br>NEVADA POWER COMPANY,<br><br>Claimant,<br><br>and<br><br>RELIANT ENERGY SERVICES, INC.,<br><br>Respondent,<br><br>American Arbitration Association,<br>Case No. 79 Y 198 00151 03 VSS | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-11639 (JLT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF MATTHEW C. HURLEY

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter my appearance in the above-captioned matter as counsel of record for Non-Parties Analysis Group, Inc. and Michael Quinn

      Respectfully submitted,

      **ANALYSIS GROUP, INC.**

      By its attorneys,

          s / Matthew C. Hurley
      Paul D. Wilson, BBO # 529950
      Matthew C. Hurley, BBO # 643638
      MINTZ, LEVIN, COHN, FERRIS,
      GLOVSKY AND POPEO, P.C.
      One Financial Center
      Boston, Massachusetts 02111
      (617) 542-6000

Dated: August 4, 2004

LIT 1472727v1