UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In the Matter of the Arbitration between | ) | |
| NEVADA POWER COMPANY, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| and | ) | CIVIL ACTION NO. 04-CV-11639 (JLT) |
| | ) | |
| RELIANT ENERGY SERVICES, INC., | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| American Arbitration Association, | ) | |
| Case No. 79 Y 198 00151 03 VSS | ) | |

## NOTICE OF APPEARANCE OF PAUL D. WILSON

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance in the above-captioned matter as counsel of record for Non-Parties Analysis Group, Inc. and Michael Quinn.

Respectfully submitted,

**ANALYSIS GROUP, INC.**

By its attorneys,

    s / Paul D. Wilson
Paul D. Wilson, BBO # 529950
Matthew C. Hurley, BBO # 643638
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: September 2, 2004

LIT 1472735v1